THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JAMES BRADFORD HENRY and SUSAN LYNN HENRY | : | CASE NO 18-02540-HWV |
| | : | |
| Debtors. | : | |

==============================================================

| | | |
|---|---|---|
| FIRST NATIONAL BANK OF PENNSYLVANIA, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| JAMES BRADFORD HENRY and SUSAN LYNN HENRY and CHARLES J. DEHART, III, Chapter 13 Trustee, | : | |
| Respondents. | : | |

## ORDER OF COURT

AND NOW, upon consideration of the Motion for Relief from the Automatic Stay filed by First National Bank of Pennsylvania ("Movant"), it is hereby **ORDERED, ADJUDGED AND DECREED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of Movant in and to the Real Property of the Debtor located at 401 Kent Drive, Mechanicsburg, PA, and the 14-Day Stay Period is hereby waived.

Dated: October 24, 2019

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (JG)